## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ROBERT A. TRUJILLO,

    Plaintiff,

v.   No. CIV 09-97 JB/WDS

RIO ARRIBA COUNTY, RIO ARRIBA BOARD OF COUNTY COMMISSIONERS, and RIO ARRIBA COUNTY DETENTION CENTER

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon a Stipulated Motion to Dismiss filed by the parties herein, on the grounds that all matters in controversy have been fully settled and compromised, and the Court having read said pleadings and being fully advised in the premises, FINDS that this Court has jurisdiction over the parties and of the subject matter of said case and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint and the causes of action therein filed by the Plaintiffs against the Defendants be and the same hereby are, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

GUEBERT BRUCKNER P.C.

By  /s/ Christopher J. Supik
    R. Galen Reimer
    Christopher J. Supik
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    Attorneys for Defendants

YVONNE K. QUINTANA
Attorney at Law P.C.

By *Approved telephonically:  10/14/09*
    Yvonne K. Quintana
    P.O. Box 2395
    Espanola, NM 87532-2395
    (505) 753-1911
    Attorney for Plaintiff